# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff | : |
| v. | : C.A. No. 17-174-M |
| BRYANT UNIVERSITY, | : |
| Defendants | : |

## DISMISSAL STIPULATION

The undersigned parties, by and through their counsel, hereby stipulate and agree that all claims made in the above-captioned action shall be dismissed, with prejudice, all parties to bear their own costs and fees.

ENTER:                                                                              ORDER:

_____                          _____

JOHN DOE                                                                    BRYANT UNIVERSITY

By his Attorney,                                                          By its Attorney,

 /s/ Ronald L. Bonin                                                     /s/ Mark W. Freel
Ronald L. Bonin, Esq.                                                Mark W. Freel, Esq.
Moretti Perlow & Bonin Law Offices                      Locke Lord LLP
1070 Reservoir Avenue                                            2800 Financial Plaza
Cranston, RI 02910                                                    Providence, RI 02903
(401) 943-5500                                                            (401) 274-9200
(401) 944-5454 (Fax)                                                 (401) 276-6611 (Fax)
rlb@morettiperlowandbonin.com                          mark.freel@lockelord.com

AM 67872978.1